UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVETTE SLOAN,

     Plaintiff,

                                   Case No. 1:23-cv-723

v.

                                   Hon. Hala Y. Jarbou

SARAH EARNEST, et al.,

     Defendants.
_____/

## **ORDER**

On May 20, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendants' motion to dismiss be granted and that Plaintiff's motion for leave to file an amended complaint be denied and that this action be terminated (R&R, ECF No. 28). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend the Complaint (ECF No. 24) is **DENIED**.

Because all claims have been dismissed, a judgment dismissing the case will issue.

Dated: June 7, 2024                                    /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE